# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 4, 2012

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  United States
          v. Anthony James Kebodeaux
          No. 12-418
          (Your No. 08-51185)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 4, 2012 and placed on the docket October 4, 2012 as No. 12-418.

                                      Sincerely,

                                      **William K. Suter**, Clerk

                                      by

                                      Jeffrey Atkins
                                      Supervisor-Case Analyst Division